IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:16-MJ-078

| | |
|---|---|
| MARCOS BATZ | (01) |
| HELIODORO CATALAN | (02) |
| FNU LNU 1 | |
| a/k/a "Norberto Catalon Martinez" | (04) |
| MANUEL GONZALEZ | (06) |

**MOTION FOR DETENTION**

The United States moves for detention of defendants, **Marcos Batz**, **Heliodoro Catalan**, **FNU LNU**, also known as Norberto Catalon Martinez, **Manuel Gonzalez** pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_ Maximum sentence life imprisonment or death

   <u>XXX</u> 10 + year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   <u>XXX</u> Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_ Felony involving a minor victim

   \_\_\_\_ Felony involving a firearm, destructive device, or any other

Motion for Detention - Page 1

      dangerous weapon

      \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

      \_\_\_\_ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      **XXX** Defendant's appearance as required

      \_\_\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

      **XXX** Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

      \_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      \_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

      \_\_\_\_ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the

Motion for Detention - Page 2

detention hearing,

    \_\_\_\_ At first appearance

    **XXX** After continuance of \_\_3\_\_ days (not more than 3).

DATED this \_10th\_ day of \_February\_, 2016.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Joshua T. Burgess

JOSHUA T. BURGESS
Assistant United States Attorney
State Bar No. 24001809
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 10th day of February, 2016.

/s/ Joshua T. Burgess

JOSHUA T. BURGESS
Assistant United States Attorney