IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:16-MJ-078-BH

JOSE FLORES (03)
a/k/a "Gordo"

## MOTION FOR DETENTION

The United States moves for detention of defendants, **Jose Flores**, also known as

Gordo, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. Eligibility of Case.   This case is eligible for a detention order because the case

involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156);

_____ Maximum sentence life imprisonment or death

**XXX**   10 + year drug offense

_____ Felony, with two prior convictions in above categories

**XXX** Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other

dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

_____ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      **XXX** Defendant's appearance as required

      _____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

      **XXX** Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

      _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      _____ Previous conviction for "eligible" offense committed while on pretrial bond

      _____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      _____ At first appearance

      **XXX** After continuance of __3__ days (not more than 3).

DATED this <u>  10th  </u> day of <u> March</u>, 2016.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA T. BURGESS
Assistant United States Attorney
State Bar No. 24001809
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on counsel for the

defendant in accordance with the Federal Rules of Criminal Procedure on this 10th day of

March, 2016.

_____
JOSHUA T. BURGESS
Assistant United States Attorney

**Motion for Detention - Page 3**