

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:16-MJ-077-BH

JOSE FLORES (02)
a/k/a/ "Gordo"

## MOTION FOR DETENTION

The United States moves for detention of defendant, Jose Flores, also known as Gordo, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    **XXX**   10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    **XXX** Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_\_\_\_ Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    **XXX** Defendant's appearance as required

    _____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    **XXX** Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

    _____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    **XXX** After continuance of __3__ day (not more than 3).

**Motion for Detention - Page 2**

DATED this __10th__ day of __March__, 2016.

                Respectfully submitted,

                JOHN R. PARKER
                UNITED STATES ATTORNEY

                JOSHUA T. BURGESS
                Assistant United States Attorney
                State Bar No. 24001809
                Burnett Plaza, Suite 1700
                801 Cherry Street, Unit #4
                Fort Worth, Texas 76102
                Telephone: 817-252-5200
                Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 10th day of March, 2016.

                JOSHUA T. BURGESS
                Assistant United States Attorney