UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:16-mj-00077-BH |
| | § § | |
| JOSE FLORES (2) | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 10 2016

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

\_\_\_\_\_ without reservation.

__X__ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this March 10, 2016

Jose Flores
Signature of Defendant

Attorney for Defendant