CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 MAR 11 PM 1:14

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SEALED UNTIL EXECUTED**

UNITED STATES OF AMERICA

v.

No. 3:16-MJ-077

JOSE FLORES (02)
a/k/a "Gordo"

## WARRANT FOR ARREST

TO: The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **JOSE FLORES**, also known as Gordo, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 5th day of February, 2016.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 3/10/16 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 3/10/16 | [signature] DUSM | [signature] |