IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MARCOS BATZ (01)
HELIODORO CATALAN (02)
JOSE FLORES
a/k/a "Gordo" (03)
NORBERTO CATALAN MARTINEZ (04)

NO.  3:16-CR-284-N

## NOTICE OF APPEARANCE
## FOR THE UNITED STATES OF AMERICA

Please take notice that the undersigned Assistant United States Attorney has been

designated as counsel for forfeiture matters, in addition to, not replacement of, the lead

Assistant United States Attorney prosecuting this cause.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


*/s/Mark J. Tindall*
MARK J. TINDALL
Assistant United States Attorney
Texas State Bar No. 24071364
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8751
mark.tindall@usdoj.gov

**USA Designation of Forfeiture Counsel (Batz, et al) – Page 1**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Appearance as Forfeiture Counsel was served on June 28, 2016 pursuant to the district court's ECF system as to ECF filers.

*/s/Mark J. Tindall*
Mark J. Tindall
Assistant United States Attorney